**SEALED**

LAWRENCE G. BROWN
Acting United States Attorney
MARLON COBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



FILED
JUL 02 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )   NO. 1:09MJ 00137 DLB
                                       )
                   Plaintiff,          )   ORDER SEALING COMPLAINT
                                       )
         v.                            )   **UNDER SEAL**
                                       )
FABIO CAZARES,                         )
                                       )
                   Defendant.          )
_____)

   Having read and considered the Sealing Application submitted in connection with the above-captioned case, and finding good cause therefor,

   IT IS HEREBY ORDERED that the Complaint, the Affidavit, the Arrest Warrants, the Government's Application to Seal and this Order, in the above-captioned matter, be sealed to avoid compromising the integrity of the investigation and the safety of investigating law enforcement officers.

DATED: 7/2/2009                      _____
                                     HONORABLE DENNIS L. BECK
                                     United States Magistrate Judge