BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:09-CR-272 OWW |
| Plaintiff, | ORDER ON STIPULATION TO SCHEDULE CHANGE OF PLEA |
| v. | |
| FABIO CAZARES, and ABUNDIO HERNANDEZ, | |
| Defendants. | |

The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the above-named defendants, by and through Annette Smurr, their attorney, have stipulated and agreed to place this matter on calendar for change of plea on March 18, 2011, at 9:00 a.m. and good cause appearing;

IT IS HEREBY ORDERED THAT this matter be set for March 18, 2011 at 9:00 am for change of plea.

Dated: March 17, 2011                              /s/ OLIVER W. WANGER
                                                                 United States District Judge

1