Annette T. Smurr, Esq., SBN 138052
LAW OFFICE OF ANNETTE T. SMURR
2100 Tulare Street, Suite 529
Fresno, California 93721
Telephone: (559) 441-7100
Facsimile: (559) 441-7119

Attorney for Defendant: FABIO CAZARES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FABIO CAZARES,<br><br>　　　　Defendant. | CASE NO: 1:09-cr-00272-DAD<br><br><br>ORDER |

GOOD CAUSE APPEARING, attorney Annette T. Smurr is hereby relieved as Attorney of Record for Defendant, Fabio Cazares in the above-entitled case.[1]

IT IS SO ORDERED.

Dated: **September 27, 2019**　　　　　　　_Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] The court grants the motion to be relieved as counsel of record despite what appear to be a number of misstatements in the pending motion. First, in her motion attorney Smurr twice represents that she was appointed by this court to represent defendant Fabio Cazares. (Doc. No. 401 at 1, 3.) The court's docket does not support this assertion, reflecting instead that attorney Smurr was the defendant's retained counsel of record. In addition, attorney Smurr represents that she has been advised by the Office of the Federal Defender that a panel attorney "needs to accept appointment to represent this defendant[.]" However, there is reason to believe that attorney Smurr did not consult with that office about this matter. Nonetheless, the motion to withdraw will be granted. If defendant Fabio Cazares is in need of appointed counsel, a financial affidavit will need to be completed by him before counsel can be appointed.